# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN WADE,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN SANDOVAL, Governor State of Nevada, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-00129-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Extension of Time to Serve Defendant Doris Brashford (#9), filed on May 18, 2016.

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for the failure to timely serve a defendant. Here, the Court finds that Plaintiff has provided sufficient good cause to warrant the requested thirty (30) day extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Serve Defendant Doris Brashford (#9) is **granted**. Plaintiff shall have until **June 20, 2016** to effectuate service on Defendant Doris Brashford.

DATED this 20th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge