UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN EDWARD WADE,<br><br>     Plaintiff,<br><br>vs.<br><br>BRIAN SANDOVAL, *et al.*,<br><br>     Defendants. | Case No. 2:16-cv-00129-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No.1 ) in this matter was filed on January 22, 2016. Defendants filed their Motion to Dismiss (ECF No. 14 ) on June 10, 2016. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 8, 2016** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 29th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge