# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN WADE, | |
| Plaintiff, | Case No. 2:16-cv-00129-JCM-GWF |
| vs. | **ORDER** |
| BRIAN SANDOVAL, Governor State of Nevada, *et al.*, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Fourth Motion for Extension of Time to Serve Defendant Doris Brashford (ECF No. 36), filed on August 16, 2016.

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 26-4, extensions of time may be granted for good cause shown. Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time limit of service – allows the court to grant an extension of time for service if the plaintiff can show good cause for the failure to timely serve a defendant. Here, the Court finds that Plaintiff has provided sufficient good cause to warrant the requested forty-five (45) day extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Fourth Motion for Extension of Time to Serve Defendant Doris Brashford (ECF No. 36) is **granted**. Plaintiff shall have until **October 3, 2016** to effectuate service on Defendant Doris Brashford.

DATED this 17th day of August, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge