1
2
3
4
5            **UNITED STATES DISTRICT COURT**
6               **DISTRICT OF NEVADA**
7

8   BRIAN WADE,                     )
9                Plaintiff,     )    Case No. 2:16-cv-00129-JCM-GWF
10   vs.                       )    **ORDER**
11   BRIAN SANDOVAL, Governor State of Nevada, )
   *et al.*,                      )
12             Defendants.   )
13 _____)

14      This matter is before the Court on Plaintiff's Motion for Service by Publication and for

15 Extension of Time to Serve First Amended Complaint on Defendant Doris Bashford, aka Doris

16 Hendricks, aka Doris Parenteau (ECF No. 41), filed on October 4, 2016.

17      Pursuant to Fed. R. Civ. P. 6(b) and LR 26-4, extensions of time may be granted for good

18 cause shown.  Further, Rule 4(m) of the Federal Rules of Civil Procedure – which governs the time

19 limit of service  – allows the court to grant an extension of time for service if the plaintiff can show

20 good cause for his failure to timely serve a defendant.  Rule 4(e) of the Federal Rules of Civil

21 Procedure  provides that the state statutes in which the District Court is held are followed in matters

22 pertaining to service of summons by publication.  N.R.C.P. 4(e)(1)(i) states that the court may permit

23 service by publication if, after due diligence shown, the plaintiff is unable to find the defendant(s)

24 within the state, or they are avoiding the service of summons.  The plaintiff must prove this to the

25 satisfaction of the court either by affidavit or by a verified complaint.  The Nevada Supreme Court

26 has held that there is no objective, formulaic standard for determining what is, or is not, due

27 diligence.  *Abreu v. Gilmer,* 985 P.2d 746, 749 (1999).

28      Plaintiff represents that he has attempted service upon Defendant Bashford at multiple

addresses.  Plaintiff represents that he has again unsuccessfully attempted service upon Defendant Bashford based upon information provided by NPERS.  Therefore, Plaintiff requests an additional sixty (60) days to serve Defendant Bashford.  The Court finds that Plaintiff has provided sufficient good cause to warrant an extension of time to serve Defendant Bashford.  Plaintiff also requests that he be permitted to serve Defendant Bashford by publication.  Plaintiff has demonstrated due diligence in attempting service on Defendant Bashford that would warrant permitting service by publication.  Accordingly,

**IT IS HEREBY ORDERED** Plaintiff's Motion for Service by Publication and for Extension of Time to Serve First Amended Complaint (ECF No. 41) is **granted** as follows:

1.    Defendant Bashford may be served by Plaintiff through publication of the summons and complaint in this case at least once a week for four (4) consecutive weeks in the Nevada Legal News, which is a newspaper of general circulation published in Las Vegas, Nevada.  Said service must be effectuated on or before **December 1, 2016.**

DATED this 6th  day of October, 2016.

GEORGE FOLEY, JR.
United States Magistrate Judge