# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRIAN WADE,

   Plaintiff,

vs.

BRIAN SANDOVAL, Governor State of Nevada, *et al.*,

   Defendants.

Case No. 2:16-cv-00129-JCM-GWF

**ORDER**

   This matter is before the Court on Plaintiff's Unopposed Motion to Amend Caption (ECF No. 51), filed on December 19, 2016.

   Plaintiff filed his Complaint (ECF No. 1) on January 22, 2016. Defendants Renee Baker and Brian Sandoval filed their Motion to Dismiss (ECF No. 14) on June 10, 2016. The Court granted Defendants' Motion to Dismiss (ECF No. 47) on November 15, 2016. The claims against Defendant Brian Sandoval in his official capacity were dismissed with prejudice. Plaintiff represents that Defendant Doris Brashford has been identified by the correct name of "Doris Parenteau." Plaintiff requests leave to amend the caption accordingly. Upon review and consideration,

   **IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to Amend Caption (ECF No. 51) is **granted**.

   DATED this 20th day of December, 2016.

                     _____
                     GEORGE FOLEY, JR.
                     United States Magistrate Judge