# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN WADE,

    Plaintiff,

vs.

DORIS PARENTEAU, *et al.*,

    Defendants.

Case No. 2:16-cv-00129-JCM-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File Exhibits Under Seal (ECF No. 70), filed on July 31, 2017.

Plaintiff requests leave to file Exhibits 3, 4, 5, and 8 to his response to Defendant Parentau's Motion for Summary Judgment under seal. The Ninth Circuit comprehensively examined the presumption of public access to judicial files and records in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). There, the court recognized that different interests are at stake in preserving the secrecy of materials produced during discovery and materials attached to dispositive motions. The *Kamakana* court held that a "good cause" showing is sufficient to seal documents produced during discovery. *Id.* at 1180. However, the *Kamakana* decision also held that a showing of "compelling reasons" is needed to support the secrecy of documents attached to dispositive motions. A showing of "good cause" does not, without more, satisfy the "compelling reasons" test required to maintain the secrecy of documents attached to dispositive motions. *Id.*

To meet the compelling reasons standard, the moving party "must overcome a strong presumption of access by showing that compelling reasons supported by specific factual findings outweigh the general history of access and the public policies favoring disclosure." *Dish Network*

*L.L.C.,* 2009 WL 2224596 at *7 (citing *Pintos*, 565 F.3d at 1116); *see also Kamakana*, 447 F.3d at 1179–80. "Under the 'compelling reasons' standard, a district court must weigh relevant factors, base its decision on a compelling reason, and articulate a factual basis for its ruling without relying on hypothesis or conjecture." *Id.* "Relevant factors include the public interest in understanding the judicial process and whether disclosure of the material could result in improper use of the material for scandalous or libelous purposes or infringement upon trade secrets." *Id.*

Plaintiff seeks to file a booking summary, presentence reports, and disciplinary history of a non-party inmate under seal. The Court finds that both good cause and compelling reasons exist to seal the exhibits. On balance, the potential harm of disclosure of confidential information contained in the presentence reports, booking summary, and disciplinary history of an inmate who is not a party to this matter outweighs the public's right to access the documents. The Court, therefore, grants Plaintiff's request to seal Exhibits 3, 4, 5, and 8 to his response to Defendant's Motion for Summary Judgment. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Exhibits Under Seal (ECF No. 70) is **granted**.

DATED this 3rd day of August, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge